IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    **Georgia L Snow**              )        **Case 09 B 39609**
                                          )
                                          )        **Judge Janet S Baer**
            Debtor(s)                     )

## NOTICE OF WITHDRAWAL

TO:  Georgia L Snow, 5444 W Iowa St, Chicago, IL 60651
     Robert J Semrad & Associates, 20 S Clark St 28th Flr, Chicago, IL 6060
     Wells Fargo Bank NA, One Home Campus, Mac C2501-01F, Des Moines, IA 50328

Please take notice that on December 19, 2011, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

**Notice of final cure payment**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of final cure payment that was filed on 12/19/2011.

/s/ Anthony Olivadoti

### PROOF OF SERVICE VIA ECF PROCEDURES

Marilyn O Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300